IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )          8:03CR374
                               )
       v.                      )
                               )
TERRELL T. JACKSON,            )          ORDER
                               )
               Defendant.      )
_____)
```

IT IS ORDERED that a hearing on plaintiff's motion for Rule 35 (Filing No. 30) is scheduled for:

**Thursday, December 1, 2005, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. Defendant need not be present.

DATED this 10th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court