IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR374 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRELL T. JACKSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue hearing on the government's motion for a Rule 35 (Filing No. 32). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the hearing on plaintiff's motion for Rule 35 (Filing No. 30) is rescheduled for:

**Friday, February 3, 2006, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. Defendant need not be present.

DATED this 29th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court