IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR374 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRELL T. JACKSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to modify sentence (Filing No. 40), and the stipulation of the parties (Filing No. 43). The Court has been advised that defendant has been released from custody. Therefore, the motion and stipulation are moot. Accordingly,

IT IS ORDERED that said motion and the stipulation of the parties are denied as moot.

DATED this 3rd day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court