IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )        8:03CR374
                             )
         v.                  )
                             )
TERRELL T. JACKSON,          )        ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on the petition for warrant or summons for offender under supervision (Filing No. 48). On June 25, 2013, the defendant appeared with counsel, Karen M. Shanahan, Assistant Federal Public Defender, and the plaintiff was represented by David M. Wear, Special Assistant United States Attorney. Defendant admitted Allegation 2 and was found to be in violation of supervised release.

IT IS ORDERED:

1) Final disposition on said violation is continued to:

**Wednesday, January 15, 2014, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2) Until that time, the defendant shall remain in the custody of the United States Marshal until the Probation Office notifies the Court that a bed is available for defendant at Bristol Station. Upon a bed becoming available,

>Defendant shall reside at Bristol Station and complete the recommended treatment program provided.  Said treatment program shall include, in addition to any other recommended interventions: (a) anger management treatment or therapy; (b) domestic violence treatment or therapy; and © cognitive thinking treatment or therapy.

3) Defendant shall have no contact, directly or indirectly with Jessica Babb.

DATED this 10th day of July, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____