IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR374 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRELL T. JACKSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the petition and the second amended petition for warrant or summons for offender under supervision (Filing Nos. 48 and 67). Defendant was present and represented by Karen M. Shanahan, Assistant Federal Public Defender. Plaintiff was represented by David M. Wear, Assistant United States Attorney.

The defendant previously admitted Allegation No. 2 as set forth in the petition for warrant or summons for offender under supervision (Filing No. 48) and defendant admitted to Allegation No. 1 as set forth in the second amended petition (Filing No. 67). The Court found defendant to be in violation of the terms of his supervised release. The Court then proceeded to final disposition.

IT IS ORDERED:

1) Defendant is sentenced to time served and to 2 years of supervised release.

2) The supervised release is under the same terms and conditions as originally imposed in the Court's order (Filing No. 28) filed on June 18, 2004.

DATED this 6th day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court